1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jesus Garcia-Inguez

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE CATHY ANN BENCIVENGO)**

11 UNITED STATES OF AMERICA,          )   Case No. 07MJ2584
                                      )
12           Plaintiff,                )
                                      )
13 v.                                 )   **CERTIFICATE OF SERVICE**
                                      )
14 JESUS GARCIA-INGUEZ,               )
                                      )
15           Defendant.                )
   _____    )

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov; and
20
                           Al Smithson
21                    alsmithson@cox.net

22                             Respectfully submitted,

23

24 DATED:    November 7, 2007          /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
25                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Jesus Garcia-Inguez
26

27

28