UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff )<br>)<br>vs. )<br>)<br>Jesus Garcia-Inguez )<br>)<br>　　　　　Defendant(s) )<br>_____ ) | CRIMINAL NO. 07CR3083-JEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 57989198 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Adrian Prudencio-Cruz

DATED: 11-20-07

RECEIVED _____
　　　　　　　DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
　　　　　by  J. Perrault
　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082